UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00396-RJC

| | |
|---|---|
| OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS, )<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>BESTWALL LLC, )<br>)<br>Appellee. )<br>_____ )<br>)<br>In re )<br>)<br>BESTWALL LLC, )<br>)<br>Debtor. )<br>_____ )| **ORDER** |

**THIS MATTER** comes before the Court on the Joint Motion of Appellant and Appellee to Defer Briefing on Appellant's Motion for Leave to Appeal. (Doc. No. 4.)

On August 12, 2019, Appellant Official Committee of Asbestos Claimants ("Appellant") filed a Notice of Appeal to this Court from an order of the Bankruptcy Court. (Doc. No. 1.) That same day, Appellant also filed a Motion for Leave to Appeal, (Doc. No. 2), and a Request for Certification of Direct Appeal to the Court of Appeals ("Motion for Direct Appeal"), (Doc. No. 4, Ex. B). On August 15, 2019, the parties filed the instant Joint Motion of Appellant and Appellee to Defer Briefing on Appellant's Motion for Leave to Appeal. (Doc. No. 4.)

The Bankruptcy Court granted Appellant's Motion for Direct Appeal on

September 11, 2019. (Doc. No. 6-2.)

**IT IS THEREFORE ORDERED** that:

1. The Joint Motion of Appellant and Appellee to Defer Briefing on Appellant's Motion for Leave to Appeal, (Doc. No. 4), is **GRANTED**; and

2. Appellee Bestwall LLC shall submit its response to Appellant's Motion for Leave to Appeal, (Doc. No. 2), fourteen days following the entry of an order by the Fourth Circuit denying a petition for appeal.

Signed: September 27, 2019

Robert J. Conrad, Jr.
United States District Judge